UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:17-cv-0545 DB P |
| Petitioner, | |
| v. | ORDER |
| COLUSA COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner has filed a motion requesting "that none of [petitioner's] cases are argued electronically." (ECF No. 73.) This petition for writ of habeas corpus was dismissed on January 30, 2019 and the case was closed. (ECF No. 59.) Petitioner previously filed a notice of appeal. (ECF No. 62.)

The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Additionally, the filing of a notice of appeal divests a trial court of jurisdiction over the matters appealed. Donovan v. Mazzola, 761 F.2d 1411, 1414 (9th Cir. 1985). "A federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously." Griggs, 459 U.S. at 58.

////

1     As this case is closed and the court lacks jurisdiction, documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings. Any further motions should be directed to the Ninth Circuit Court of Appeals.

Dated: April 26, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Prisoner/Habeas/R/azev0545.158